## ABRAM v. CHARTER MEDICAL CORP. OF RALEIGH

No. 14P91

Case below: 100 N.C.App. 718

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

## ALLEN v. RUPARD

No. 577PA90

Case below: 100 N.C.App. 490
            328 N.C. 270

Motion by Protective Insurance Company to be allowed to withdraw petition for discretionary review has been filed and the following order entered: The petition for discretionary review having been allowed, this motion is treated as a motion to withdraw the appeal and is allowed 25 February 1991.

## BARCLAYSAMERICAN/LEASING, INC. v. N.C. GUARANTY ASSN.

No. 365P90

Case below: 99 N.C.App. 290

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

## BASS v. N.C. FARM BUREAU MUT. INS. CO.

No. 12P91

Case below: 100 N.C.App. 728

Petition for discretionary review is allowed 7 March 1991 for the limited purpose of entering the following order: The case is remanded to the Court of Appeals for reconsideration in light of *Smith v. Nationwide Mut. Ins. Co.*, 328 N.C. 139 (1991).